IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

GILBERT PINEDA,

          Plaintiff,

vs.

NKS RESTAURANTS, LC, doing business as Burger King,

          Defendant.

4:21-CV-3332

ORDER

The defendant has filed a suggestion of bankruptcy (filing 43). This Court's rules provide that

> [u]pon the filing of a suggestion in bankruptcy, or other notification that a defendant in a civil case is a debtor in a bankruptcy case, the court issues an order staying further proceedings in the case as to the party in bankruptcy. The case may proceed as to any parties not in bankruptcy. If any party files a motion requesting referral of the case to the bankruptcy court, the case is referred to the bankruptcy court for further action.

NECivR 1.5(a)(1). Accordingly,

1. This case, including all deadlines and settings, is stayed pursuant to 11 U.S.C. § 362.

2. All pending motions are terminated and will be reopened after the bankruptcy stay is no longer in effect.

3.     Beginning June 29, 2023, and every 90 days thereafter until the bankruptcy proceedings are complete, the defendant shall file a report on this Court's docket which explains the current status of the bankruptcy proceedings.

4.     The Clerk of the Court shall flag this case as stayed and set an initial status report deadline for June 29, 2023.

Dated this 30th day of March, 2023.

BY THE COURT:

John M. Gerrard
Senior United States District Judge